No. 71–5591. LEIGHTON *v.* NEIL, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL are of the opinion that certiorari should be granted.

No. 71–5675. MOONEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 71–5687. WRIGHT *v.* UNITED STATES. C. A D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.